# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  THERESA Y. JONES                          Case Number: 06-71734
        912 N. SUNSET AVENUE        SSN-xxx-xx-9108
        ROCKFORD, IL  61101

                                                  Case filed on:      9/22/2006
                                                  Plan Confirmed on:   2/5/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $775.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 246.76 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 246.76 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JAYHAWK ACCEPTANCE CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | RPM | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | AUDREA THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | THERESA Y. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | THERESA Y. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE 8 INC. | 5,900.00 | 5,000.00 | 482.39 | 0.00 |
|  | Total Secured | 5,900.00 | 5,000.00 | 482.39 | 0.00 |
| 001 | CHASE 8 INC. | 0.00 | 900.00 | 0.00 | 0.00 |
| 002 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACADEMY COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN CREDIT EDUCATOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASPIRE VISA | 716.62 | 716.62 | 0.00 | 0.00 |
| 011 | ATTORNEYS AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BANK ONE / CHASE BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 60.00 | 60.00 | 0.00 | 0.00 |
| 017 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | US DEPARTMENT OF EDUCATION | 7,298.89 | 7,298.89 | 0.00 | 0.00 |
| 022 | ELITE MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FAMILY COUNSELING | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PREMIER BANKCARD/CHARTER | 444.58 | 444.58 | 0.00 | 0.00 |
| 025 | HERITAGE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | JANET WATTLES CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICOR GAS | 486.52 | 486.52 | 0.00 | 0.00 |
| 033 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | QUIKPAYDAY.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD E.A.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD HEALTH PHYSICIANS | 1,242.00 | 1,242.00 | 0.00 | 0.00 |
| 037 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ROCKFORD HOUSING AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY INC | 253.55 | 253.55 | 0.00 | 0.00 |
| 040 | MUTUAL MANAGEMENT SERVICES | 571.73 | 571.73 | 0.00 | 0.00 |
| 041 | ROCKFORD REGISTER STAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SUPERIOR ASSET MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | THE NEIGHBORHOOD, BUILT BY MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | JEFFERSON CAPITAL SYSTEMS, LLC | 825.50 | 825.50 | 0.00 | 0.00 |
| 048 | US DEPARTMENT OF EDUCATION | 7,190.17 | 7,190.17 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | WINNEBAGO COUNTY SHERIFFS DEPT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 19,089.56 | 19,989.56 | 0.00 | 0.00 |
| | Grand Total: | 27,189.56 | 27,189.56 | 729.15 | 0.00 |

Total Paid Claimant:     $729.15
Trustee Allowance:       $45.85
Percent Paid Unsecured:  0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007            By  /s/Heather M. Fagan